IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **OWAIIAN M. JONES,** | ) | Civil Action No. 7:15-cv-00581 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **THE FEDERAL AND/OR STATE** | ) | By:   Hon. Michael F. Urbanski |
| **JUDGES OF VIRGINIA AT TRIAL** | ) |        United States District Judge |
| **LEVEL, et al.,** | ) | |
|     Defendants. | ) | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g) and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

                                    Entered:  October 29, 2015

                                    */s/ Michael F. Urbanski*

                                    Michael F. Urbanski
                                    United States District Judge